# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerrard, John M. | U.S. District Court, Nebraska | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

586 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Governors | Nebraska Wesleyan University |
| 2. Board of Directors | Federal Judges Association |
| 3. Adjunct faculty | University of Nebraska College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Nebraska College of Law adjunct salary | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | South Lincoln Psychiatry - psychiatric nurse practitioner salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | First National Bank Omaha Checking Account | A | Interest | L | T | | | | | |
| 2. | U.S. Bank Checking Account | A | Interest | K | T | | | | | |
| 3. | Stifel Bank Program Money Market Account | A | Interest | J | T | | | | | |
| 4. | AAIEX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 5. | | | | | | Buy (add'l) | 02/21/20 | J | | |
| 6. | | | | | | Sold (part) | 05/04/20 | J | A | |
| 7. | | | | | | Sold (part) | 05/06/20 | J | A | |
| 8. | | | | | | Buy (add'l) | 05/29/20 | J | | |
| 9. | | | | | | Buy (add'l) | 08/11/20 | J | | |
| 10. | | | | | | Buy (add'l) | 08/13/20 | J | | |
| 11. | AEPFX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 12. | | | | | | Sold (part) | 05/04/20 | J | A | |
| 13. | | | | | | Buy (add'l) | 08/11/20 | J | | |
| 14. | AMCFX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 15. | | | | | | Buy (add'l) | 05/04/20 | J | | |
| 16. | | | | | | Sold (part) | 08/11/20 | J | A | |
| 17. | | | | | | Sold (part) | 11/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CDC ETF | A | Dividend | K | T | Sold<br>(part) | 04/09/20 | J | A | |
| 19. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 20.  CDL ETF | B | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 22.  CEZ ETF | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 23.  CFA ETF | A | Dividend | L | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 24.  CFO ETF | A | Dividend | L | T | Sold<br>(part) | 04/09/20 | J | A | |
| 25.  CIL ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 26.  CIZ ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 27.  CSA ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 28.  CSF ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 29.  FINSX Mutual Fund | A | Dividend | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 30. | | | | | Sold | 05/06/20 | J | A | |
| 31.  FMIYX Mutual Fund | A | Dividend | J | T | Buy<br>(add'l) | 02/19/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 36. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 37. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 38.    FSCCX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 39. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 40. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 41. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 42. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 43. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 44. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 45. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 46. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 47.    GICIX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/19/20 | J | A | |
| 48. | | | | | Sold (part) | 02/21/20 | J | A | |
| 49. | | | | | Sold (part) | 05/04/20 | J | A | |
| 50. | | | | | Sold (part) | 05/06/20 | J | A | |
| 51. | | | | | Buy (add'l) | 05/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 53. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 54.  IAU ETF | A | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 55. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 56. | | | | | Sold (part) | 03/30/20 | J | A | |
| 57. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 58. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 59.  IEMG ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 60. | | | | | Sold (part) | 07/21/20 | J | A | |
| 61. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 62.  IJJ ETF | A | Dividend | | | Buy (add'l) | 02/19/20 | J | | |
| 63. | | | | | Sold | 03/30/20 | J | A | |
| 64.  IJK ETF | A | Dividend | | | Buy (add'l) | 02/19/20 | J | | |
| 65. | | | | | Sold | 03/30/20 | J | A | |
| 66.  IJS ETF | A | Dividend | | | Buy (add'l) | 02/19/20 | J | | |
| 67. | | | | | Sold | 03/30/20 | J | A | |
| 68.  IJT ETF | A | Dividend | | | Sold (part) | 01/21/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 70. | | | | | Sold | 03/30/20 | J | A | |
| 71.   IVE ETF | A | Dividend | | | Sold (part) | 01/21/20 | J | B | |
| 72. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 73. | | | | | Sold | 03/30/20 | J | A | |
| 74.   IVW ETF | A | Dividend | | | Sold (part) | 01/21/20 | J | A | |
| 75. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 76. | | | | | Sold | 03/30/20 | J | A | |
| 77.   IYMIX Mutual Fund | A | Dividend | | | Sold (part) | 02/19/20 | J | A | |
| 78. | | | | | Sold (part) | 02/21/20 | J | A | |
| 79. | | | | | Sold (part) | 05/04/20 | J | A | |
| 80. | | | | | Sold | 05/06/20 | J | A | |
| 81.   MADVX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 82. | | | | | Sold (part) | 05/06/20 | J | A | |
| 83. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 84. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 85. | | | | | Buy (add'l) | 11/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  MDYG ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 87. | | | | | Sold (part) | 07/21/20 | J | A | |
| 88. | | | | | Sold (part) | 10/20/20 | J | B | |
| 89.  MDYV ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 90. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 91. | | | | | Sold (part) | 10/20/20 | J | A | |
| 92.  MFEIX Mutual Fund | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 93. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 94. | | | | | Sold (part) | 08/13/20 | J | A | |
| 95. | | | | | Sold (part) | 11/18/20 | J | A | |
| 96.  MISGX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 97. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 98. | | | | | Sold (part) | 05/04/20 | J | A | |
| 99. | | | | | Sold (part) | 05/06/20 | J | A | |
| 100. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 101. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 102. | | | | | Buy (add'l) | 08/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 104. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 105. MQGIX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 106. | | | | | Sold (part) | 05/06/20 | J | A | |
| 107. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 108. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 109. ODVYX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 110. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 111. | | | | | Sold (part) | 05/04/20 | J | A | |
| 112. | | | | | Sold (part) | 05/06/20 | J | A | |
| 113. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 114. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 115. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 116. SLV Trust | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 117. | | | | | Sold (part) | 07/21/20 | J | A | |
| 118. | | | | | Sold (part) | 10/20/20 | J | A | |
| 119. SLYG ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold (part) | 07/21/20 | J | A | |
| 121. | | | | | Sold (part) | 10/20/20 | J | A | |
| 122. SLYV ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 123. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 124. | | | | | Sold (part) | 10/20/20 | J | A | |
| 125. SMGIX Mutual Fund | A | Dividend | K | T | Buy (add'l) | 02/19/20 | J | | |
| 126. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 127. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 128. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 129. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 130. | | | | | Sold (part) | 08/11/20 | J | A | |
| 131. | | | | | Sold (part) | 08/13/20 | J | A | |
| 132. | | | | | Sold (part) | 11/16/20 | J | A | |
| 133. | | | | | Sold (part) | 11/19/20 | J | A | |
| 134. SPDW ETF | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 135. SPY ETF | A | Dividend | L | T | Sold (part) | 02/19/20 | J | A | |
| 136. | | | | | Sold (part) | 04/02/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 08/13/20 | K | | |
| 138.  SPYG ETF | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 139. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 140. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 141.  SPYV | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 144.  TLH ETF | A | Dividend | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 02/19/20 | J | | |
| 146. | | | | | Sold | 03/30/20 | J | A | |
| 147.  TLT ETF | A | Dividend | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 148. | | | | | Sold | 03/30/20 | J | B | |
| 149.  VEUSX Mutual Fund | A | Dividend | | | Buy | 02/19/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 151. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 152. | | | | | Sold | 05/06/20 | J | A | |
| 153.  VNQ ETF | A | Dividend | | | Buy | 01/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 03/30/20 | J | A | |
| 155.  WFMIX Mutual Fund | A | Dividend | | | Sold<br>(part) | 02/19/20 | J | A | |
| 156. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 157. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 158. | | | | | Sold | 05/06/20 | J | A | |
| 159.  WMFFX Mutual Fund | A | Dividend | K | T | Buy<br>(add'l) | 02/19/20 | J | | |
| 160. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 161. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 163.  American General Universal Life Insurance | | None | J | T | | | | | |
| 164.  Nebraska Judges Retirement System (no<br>control) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerrard, John M.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Gerrard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544